

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
T  212.335.4537
F  212.335.4501

August 13, 2019

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

Re:   *Valentin Reid v. Juul Labs, Inc.*,
      **Case No. 19-cv-04162 (VSB)**

Dear Judge Broderick:

We represent the Defendant in the above-referenced matter. We write jointly with Plaintiff's counsel, and are pleased to inform the Court that the parties have reached a settlement, in principle, in connection with this matter.

In view of the parties' settlement, we respectfully request that the Court adjourn all pending dates and deadlines, including, without limitation, the deadline for Defendant to answer, move or otherwise respond to the complaint and the parties' initial pretrial conference.

We thank the Court for its consideration of this matter, and will certainly make ourselves available should the Court have any questions regarding this request.

Respectfully submitted,

Joseph A. Piesco, Jr.